**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*

In re:                                                                    Chapter 11

GREEN WORLD PATH, INC.,                              Case No.: 8:14-bk-14635-KRM

      Debtor.
_____/

**MOTION TO APPROVE SALE OF PROPERTY**
**FREE AND CLEAR OF LIENS AND REQUEST FOR EXPEDITED HEARING**

    **COMES NOW** GREEN WORLD PATH, INC. (the "Debtor"), by and through its undersigned counsel, and files this its *Motion to Approve Sale of Property Free and Clear of Liens and to Request for Expedited Hearing*, and in support thereof states as follows:

    1.    The Debtor filed for protection pursuant to Chapter 11 of the Bankruptcy Code on December 23, 2014 (the "Petition Date"). The Debtor is continuing to manage its financial affairs as a Debtor-In-Possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

    2.    The Debtor owns free and clear personal property which it has scheduled on its Voluntary Petition of having a fair market value of approximately $450,000.00 (the "Personal Property").

    3.    On or about February 19, 2015, the Court entered an Order (**Docket #43**) allowing the Debtor's landlord to evict the Debtor from its current location on April 14, 2015.

    4.    The Debtor has been unable to find a suitable location for its business operations.

    5.    As a result, the Debtor has decided to liquidate its Personal Property through Bay Area Auction Services, Inc. ("Bay Area").

    6.    The Debtor is filing an application to employ Bay Area contemporaneously with the instant Motion.

    7.    By auctioning the Personal Property through Bay Area, the Debtor will realize the greatest return for its creditors on their respective claims.

    8.    Said auction is conditioned upon the approval of this Court for a sale pursuant to §363 of the Bankruptcy Code.

9. The proposed auction is on fair and equitable terms and is in the best interest of the bankruptcy estate and its creditors.

10. In addition, the Debtor requests that the auction be held to be exempt from any transfer tax, stamp tax, or other similar tax, pursuant to sections 105(a) and 1146(c) of the Bankruptcy Code. The Sale is necessary to the consummation of a final plan of reorganization for the Debtor, and therefore is entitled to exemption under §1146(c). See *In re Jacoby-Bender, Inc.*, 758 F.2d 840, 842 (2d Cir. 1985)(broadly construing section 1146(c) to exempt sales and transfers that occur outside of a chapter 11 plan). See also *In re NVR*, 189 F. 3d 442, 456 (4th Cir. 1999)(agreeing with *In re Jacoby* that the exemption of §1146(c) applied to transfers necessary to, and contemplated by a confirmed plant).

**I HEREBY CERTIFY** that on this 17th day of April, 2015, a true and correct copy of the foregoing *Application To Employ And Appoint Auctioneer*, has been furnished by ■ CM/ECF Electronic Mail to:

Herbert R Donica on behalf of Creditor Jon Graham
ecf-hrd@donicalaw.com, ecf-cd@donicalaw.com;harrison@donicalaw.com; hrdecf@gmail.com

Buddy D. Ford on behalf of Debtor Green World Path, Inc.
Buddy@tampaesq.com, All@tampaesq.com

Wanda D Murray on behalf of Creditor Platinum Rapid Funding Group, Inc.
ECFBankruptcy@WardDamon.com, WMurray@WardDamon.com

Nicole Peair on behalf of U.S. Trustee United States Trustee - TPA
Nicole.W.Peair@USdoj.gov

Mark A Spence on behalf of Creditor Norbert Holz
mspence@pascolaw.com, sanity56@msn.com

United States Trustee - TPA USTPRegion21.TP.ECF@USDOJ.GOV

and, by ■ Regular U.S. Mail to:

Bay Area Auction Services, Inc., 8010 U.S. Highway 19, North, Pinellas Park, FL 33781-1743;

Green World Path, Inc., 1665 Donto Way, Brooksville, FL 34601

Twenty (20) Largest Unsecured Creditors.

                    Respectfully submitted,

                    BUDDY D. FORD, P.A.,

                    /s/ Jonathan A. Semach
                    Buddy D. Ford, Esquire (FBN: 0654711)
                    Email: *Buddy@tampaesq.com*
                    Jonathan A. Semach, Esquire (FBN: 0060071)
                    Email: *Jonathan@tampaesq.com*
                    J. Ryan Yant, Esquire (FBN: 104849)
                    Email: *Ryan@tampaesq.com*
                    115 North MacDill Avenue
                    Tampa, Florida  33609-1521
                    Telephone #: (813) 877-4669
                    Facsimile #: (813) 877-5543
                    Office Email: *All@tampaesq.com*
                    Attorney for Debtor